IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| ROEL GONZALEZ and <br> ROSA MARIA GONZALEZ, <br>     Plaintiffs, <br> v. <br> PFIZER, INC., ET AL., <br>     Defendants. | § <br> § <br> §   CIVIL ACTION NO. M-07-136 <br> § <br> §   JURY REQUESTED <br> § <br> §   *Pending Transfer to MDL-1699* <br> §   *(In re Bextra and Celebrex Marketing,* <br> §   *Sales Practices and Prods. Liab. Litig.)* <br> § |

## **DEFENDANT PFIZER INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pfizer Inc. submits this Corporate Disclosure Statement and states:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly-traded company owns 10% or more of Pfizer Inc.'s stock.

    Respectfully submitted,

    */s/ Kenneth J. Ferguson*_____
    Kenneth J. Ferguson
    Attorney-in-charge
    State Bar No. 06918100
    Southern District I.D. No. 12703
    CLARK, THOMAS & WINTERS
    A PROFESSIONAL CORPORATION
    P.O. Box 1148
    Austin, Texas 78767
    (512) 472-8800
    (512) 474-1129 [Fax]
    E-mail: kjf@ctw.com

**OF COUNSEL:**
Leslie A. Benitez
State Bar No. 02134300
Southern District I.D. No. 10017
E-mail: lab@ctw.com
Kelly R. Kimbrough
State Bar No. 00794984
Southern District I.D. No. 25675
E-mail: krk@ctw.com
J. Andrew Hutton
State Bar No. 24012878
Southern District I.D. No. 26762
E-mail: ah1@ctw.com
CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 [Fax]

**ATTORNEYS FOR DEFENDANT**
**PFIZER INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically on the 5th day of June, 2007, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D). Service on those parties who are not known to be users of the electronic filing system of the Southern District of Texas was accomplished in the manner described below on June 5, 2007.

*Via Certified Mail/Return Receipt Requested*

Kathryn Snapka
Greg W. Turman
Rick B. Waterhouse, Jr.
Aditi Anita Shahani
SNAPKA, TURMAN & WATERHOUSE, L.L.P.
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78476
*Attorneys for Plaintiffs*

           */s/ Kenneth J. Ferguson*

2