CLOSED, MDL, MJSELECT, TRANSFERRED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CIVIL DOCKET FOR CASE #: 7:07-cv-00136

Gonzalez et al v. Pfizer Inc. et al
Assigned to: Judge Randy Crane
Case in other court: 229th District Court of Starr County, Texas, DC-07-00150
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/05/2007
Date Terminated: 11/19/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Roel Gonzalez**  represented by  **Kathryn A Snapka**
Snapka & Turman LLP
P O Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Anita Shahani**
Snapka, Turman & Waterhouse, LLP
PO Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ashahani@stwllp.com
*ATTORNEY TO BE NOTICED*

**Gregory Wayne Turman**
Snapka, Turman & Waterhouse, LLP
606 N Carancahua
Ste 1511
Corpus Christi, TX 78476
361-888-7676
Fax: 361-884-8545 fax
Email: gturman@stwllp.com
*ATTORNEY TO BE NOTICED*

**Richard B Waterhouse, Jr**
Snapka Turman et al
606 N Carancahua
Ste 1511
Corpus Christi, TX 78403
361-888-7676

Fax: 361-884-8545 fax
Email: rwaterhouse@stwllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Maria Gonzalez**    represented by    **Kathryn A Snapka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aditi Anita Shahani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Wayne Turman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard B Waterhouse, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**    represented by    **Kenneth J Ferguson**
Clark Thomas et al
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: kjf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**
Clark Thomas & Winters, P.C.
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: ah1@ctw.com
*ATTORNEY TO BE NOTICED*

**Kelly R Kimbrough**
Clark Thomas et al
300 West 6th St
15th Fl
Austin, TX 78701
512-472-8800

                                           Fax: 512-474-1129
                                           Email: krk@ctw.com
                                           *ATTORNEY TO BE NOTICED*

                                           **Leslie A Benitez**
                                           Clark Thomas et al
                                           P O Box 1148
                                           Austin, TX 78767
                                           512-472-8800
                                           Fax: 512-474-1129 fax
                                           Email: jmh@ctw.com
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jacqueline Guerrero**

**Defendant**

**Bob Davis**

**Defendant**

**Jeanne L. Jalufka**                     represented by  **Kenneth J Ferguson**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle M. Nelson**

**Defendant**

**Jason D. Hahn**

**Defendant**

**Robert G. Vial**                        represented by  **Kenneth J Ferguson**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Kathryn K. Truitt**

**Defendant**

**Kari A. McLuhan**

**Defendant**

**Reynaldo Riojas**

**Defendant**

**Francisco Meza**

**Defendant**

**Jack Barineau**

**Defendant**

**Erica Zeplin**                                    represented by **Kenneth J Ferguson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Quinones**

**Defendant**

**W. Lance Goodson**                                represented by **Kenneth J Ferguson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kelly R Kimbrough**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Keely Rodriguez**

**Defendant**

**Leah Silva**

**Defendant**

**Daniel Ponce**

**Defendant**

**Celeste Escobar**

**Defendant**

**Jill Guidry**

**Defendant**

**Daniel Townsend**

**Defendant**

**Lynsey Adame**                                    represented by **Kenneth J Ferguson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 06/05/2007 | 1 | NOTICE OF REMOVAL from 229th Judicial District Court of Starr County, Texas, case number DC-07-150 (Filing fee $ 350 receipt number 2739837) filed by Pfizer Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1 through 5# 3 Exhibit 6(A) through 6(U)# 4 Exhibit 7(A) through 7(M))(Benitez, Leslie) (Entered: 06/05/2007) |
| 06/05/2007 | 2 | DEMAND for Trial by Jury by Pfizer Inc., filed.(Hutton, John) (Entered: 06/05/2007) |
| 06/05/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc., filed. (Ferguson, Kenneth) (Entered: 06/05/2007) |
| 06/06/2007 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/8/2007 at 09:30 AM before Judge Randy Crane.( Signed by Judge Randy Crane ) Parties notified.(bgarces, ) (Entered: 06/06/2007) |
| 06/11/2007 | 5 | CERTIFICATE OF SERVICE IN A REMOVED ACTION by Pfizer Inc., filed.(Ferguson, Kenneth) (Entered: 06/11/2007) |
| 06/14/2007 | 6 | MOTION to Stay by Pfizer Inc., filed. Motion Docket Date 7/5/2007. (Attachments: # 1 Proposed Order # 2 Exhibit 1 through 14)(Benitez, Leslie) (Entered: 06/14/2007) |
| 06/14/2007 | 7 | RESPONSE to 6 MOTION to Stay, filed by all plaintiffs. (Attachments: # 1 Proposed Order Denying Pfizer's Motion to Stay)(Snapka, Kathryn) (Entered: 06/14/2007) |
| 06/14/2007 | 8 | REPLY in Support of 6 MOTION to Stay, filed by Pfizer Inc.. (Benitez, Leslie) (Entered: 06/14/2007) |
| 06/22/2007 | 9 | ANSWER to 1 Complaint with Jury Demand by Robert G. Vial, Erica Zeplin, Lynsey Adame, Jeanne L. Jalufka, filed.(Benitez, Leslie) (Entered: 06/22/2007) |
| 07/03/2007 | 10 | Opposed MOTION to Remand by all plaintiffs, filed. Motion Docket Date 7/23/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order Granting Plaintiffs' Motion to Remand)(Snapka, Kathryn) (Entered: 07/03/2007) |
| 07/23/2007 | 11 | RESPONSE in Opposition to 10 Opposed MOTION to Remand, filed by Pfizer Inc.. (Attachments: # 1 Exhibit 1 through 9# 2 Proposed Order) (Hutton, John) (Entered: 07/23/2007) |
| 07/27/2007 | 12 | CERTIFICATE OF INTERESTED PARTIES by Plaintiffs Roel Gonzalez and Rosa Maria Gonzalez, filed.(Snapka, Kathryn) (Entered: 07/27/2007) |
| 07/27/2007 | 13 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Robert G. Vial, Erica Zeplin, W. Lance Goodson, Lynsey Adame, Roel Gonzalez, Rosa Maria Gonzalez, Pfizer Inc., Jeanne L. Jalufka, filed.(Ferguson, Kenneth) (Entered: 07/27/2007) |
| 07/27/2007 | 14 | CERTIFICATE OF INTERESTED PARTIES by Pfizer Inc., filed. |

|  |  |  |
|---|---|---|
|  |  | (Ferguson, Kenneth) (Entered: 07/27/2007) |
| 08/07/2007 |  | ORAL ORDER by Judge Randy Crane: Initial Pretrial Conference for 8/8/07 is cancelled until further notice. Parties notified.(bgarces, ) (Entered: 08/07/2007) |
| 08/07/2007 | 15 | NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE: Initial Conference reset for 9/6/2007 at 09:30 AM before Judge Randy Crane.( Signed by Judge Randy Crane ) Parties notified.(bgarces, ) (Entered: 08/07/2007) |
| 09/05/2007 |  | Minute Entry for proceedings held before Judge Randy Crane. Initial PRETRIAL and SCHEDULING CONFERENCE held on 9/5/2007. Counsel approached the bench for conference with the Court re: disclosure on whether counsel would object to have this Court proceed in this case ruling on any pending motions. The Court directs counsel to confer with respective clients and advise the clerk. Counsel further announced that the plaintiff has filed an obejction to the conditional transfer order at the MDL. Appearances: Aditi Anita Shahani;John A. Hutton.(ERO:Richard Cortez [10:02-10:07]), filed.(lcervantes) (Entered: 09/10/2007) |
| 10/15/2007 | 16 | Received copy of JPML CONDITIONAL TRANSFER ORDER transferring case to Northern District of California to be included in MDL Docket No. 1699. Parties notified.(bgarces, ) (Entered: 10/16/2007) |
| 11/19/2007 | 17 | JPML CONDITIONAL TRANSFER ORDER (certified copy) transferring case to Northern District of California to be included in MDL Docket No. 1699 Parties notified.(bgarces, ) (Entered: 11/19/2007) |
| 11/19/2007 | 18 | Letter re: MDL Transfer (bgarces, ) (Entered: 11/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/06/2007 12:51:38 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 7:07-cv-00136 |
| Billable Pages: | 3 | Cost: | 0.24 |